UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR RAY ROBINSON (#425796)

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 05-1016-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 23, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion for summary judgment (rec. doc. no. 34) will be denied. The defendant's motions to dismiss and for summary judgment (rec. doc. nos. 15 and 56) will be granted, and this action will be dismissed, without prejudice to any state law claims which the plaintiff may have.

Baton Rouge, Louisiana, October 23, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA